UNITED STATES of America, Plaintiff–Appellee,

v.

Abelardo MENDOZA, Defendant–Appellant.

No. 04–50748

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 14, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Abelardo Mendoza, Fort Dix, NJ, pro se.

Wayne Frost, Midland, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Abelardo Mendoza on appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mendoza has responded to counsel's motion. Our independent review of the brief, the record, and Mendoza's re-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**316**

sponse discloses no nonfrivolous issue in this appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under